No. 83–6027. EUBANKS v. MCKASKLE, ACTING DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 83–6028. BLANKNER v. CITY OF CHICAGO ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–6029. BROWN v. WALLACE ET AL. C. A. 5th Cir. Certiorari denied.

No. 83–6030. ARCHIBALD v. TEXAS. Ct. App. Tex., 14th Sup. Jud. Dist. Certiorari denied.

No. 83–6040. WEIKER v. SOUTH DAKOTA. Sup. Ct. S. D. Certiorari denied.

No. 83–6049. PLATEL v. MAGUIRE, VOORHIS & WELLS ET AL. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 83–6055. VAN SANT v. ARLINGTON COUNTY, VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 83–6073. SQUIRES v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 83–6077. PEEDIN v. DEPARTMENT OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 83–6096. LAYTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–6099. GATES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 83–6113. CAMPBELL v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 83–6124. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–6132. EDRINGTON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 83–6137. LAVOIE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.